IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALLEY MATHIS | ) |
| | ) |
| v. | ) NO. 3-10-0488 |
| | ) JUDGE CAMPBELL |
| WENDY'S | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 18) and Objections filed by the Plaintiff (Docket No. 20).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. Nothing in Plaintiff's Objection or the file indicates that she has obtained service of process upon the Defendant as required.

Accordingly, this action is DISMISSED without prejudice. The Clerk is directed to close the file, and any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE